NO. 07-03-0180-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

OCTOBER 23, 2003
_____

FIRST BANK & TRUST CO.,

Appellant

v.

ARLEN HARRIS AND ARLEN HARRIS, INC.,

Appellee
_____

FROM THE 72nd DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-512,426; HON. J. BLAIR CHERRY, JR., PRESIDING
_____

Before QUINN and REAVIS, JJ., and BOYD, S.J.[1]

ORDER OF DISMISSAL

Appellant First Bank & Trust Co., by and through their attorney, has filed a motion to dismiss this appeal because they longer desire to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code Ann. §75.002(a)(1) (Vernon Supp. 2003).